FILED
June 3, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MULAN PRECIOUS KEOPHIMANH<br><br>Defendant. | Case No. 2:24-mj-0070-4 DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MULAN PRECIOUS KEOPHIMANH Case No. 2:24-mj-0070-4 DB Charges 21 USC §§ 846, 841(a)(1) from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

  X     Unsecured Appearance Bond $ _____  $25,000 co-signed by Phonepraseut "Naudia" Keophimanh

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other): _

Issued at Sacramento, California on June 3, 2024 at 2:25 PM

By:   /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney